IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jane Roe #1, individually and as the parent and next friend of Jane Doe #4, a minor under the age of eighteen (18),<br><br>      Plaintiffs,<br><br>vs.<br><br>The United States Figure Skating Association, Flight Fit N Fun Irmo, LLC D/B/A Plex Indoor Sports D/B/A Flight Fit N Fun Flight Holding Company, LLC, The South Carolina Skating Club f/k/a Palmetto Skate Club, Angi Grant and Mark Cockerell,<br><br>      Defendants. | C.A. No.: 3:24-cv-910 JDA<br><br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties agree and stipulate to a dismissal without prejudice of all claims against all parties. Plaintiffs agree and stipulate that they will not include claims against any Defendants for violation of 18 U.S.C. § 2255 if the lawsuits are refiled in state or federal court.

*Respectfully submitted,*

McGOWAN, HOOD, FELDER & PHILLIPS, LLC

*s/ S. Randall Hood*
S. Randall Hood, Esq. (Fed ID 6103)
1539 Health Care Drive
Rock Hill, South Carolina 29732
(803) 327-7800 – Office
rhood@mcgowanhood.com
**Counsel for Plaintiffs**

*s/Julie Jeffords Moose*
McAngus Goudelock & Courie, LLC
Julie Jeffords Moose, Esquire (Fed ID No. 5025)
Dominic A. Starr, Esquire (Fed ID No. 6025)
PO Box 12519
Columbia, South Carolina 29211
(803) 779-2300 – Office
Julie.moose@mgclaw.com
dominic.starr@mgclaw.com
***Counsel for Defendant The United States Figure Skating Association, The South Carolina Figure Skating Club f/k/a Palmetto Skate Club and Angi Grant***

*s/Mary s. Willis*
Etheridge Law Group, LLC
Mary S. Willis, Esquire (Fed ID No.: 12388)
R. Michael Etheridge, Esquire (Fed ID No.: 7497)
1100 Queensborough Blvd., Suite 200
Mount Pleasant, South Carolina 29464
(843) 614-0007 – Office
mwillis@etheridgelawgroup.com
methridge@etheridgelawgroup.com
***Counsel for Defendant Flight Fit N Fun Irmo, LLC d/b/a Plex Indoor Sports d/b/a Flight Fit N Fun Flight Holding Company, LLC***

*s/Andrew E. Haselden*
Howser, Newman & Besley, LLC
Andrew Elliott Haselden, Esquire (Fed ID No. 5504)
Andrew L. Hethington, Esquire (Fed ID No. 13567)
215 East Bay Street, Suite 303
Charleston, South Carolina 29401
(843) 216-6940 – Office
ahaselden@hnblaw.com
ahethington@hnblaw.com
***Counsel for Defendant Mark Cockerell***

2